AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT

of America
v.
Diego Fernandez Santos

Case No. 23-171(m)

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 14, 2023__ in the county of __-__ in the __Judicial__ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. s. 922(g)(1) | Prohibted Person in Possession of a Firearm (Felon) |

This criminal complaint is based on these facts:
See attached affidavit. Reviewed and authorized by AUSA Julian N. Radzinschi.

The United States requests that defendant be detained and moves for a three-day continuance under 18 U.S.C. 3142(f).

☑ Continued on the attached sheet.

_Complainant's signature_

HSI TFO Edwin Guzman
_Printed name and title_

Sworn to me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __2:36 pm__, on:

Date: __2/15/23__

_Judge's signature_

Hon. Marshal D. Morgan, USMJ
_Printed name and title_

City and state: __San Juan, Puerto Rico__